**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIL JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN, F.C.I. LOMPOC,<br><br>    Respondent. | Case No. CV 22-01553 DOC (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on August 12, 2022, to which Petitioner has objected. The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  IT IS ORDERED that the Motion to Dismiss is granted, and Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

DATED: January 31, 2023

                *David O. Carter*
                DAVID O. CARTER
                UNITED STATES DISTRICT JUDGE