UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, F.C.I. LOMPOC,<br><br>    Respondent. | Case No. CV 22-01553 DOC (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss be granted, and this action is dismissed without prejudice for lack of jurisdiction.

DATED: January 31, 2023

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE